IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ROOSEVELT ANTONIO ELLISON,       )
                                 )
          Plaintiff,             )
                                 )
     v.                          )        CV 118-162
                                 )
BRETT CARANI, Captain, and       )
CLAY N. WHITTLE, Sheriff,        )
                                 )
          Defendants.            )

———————

**O R D E R**

———————

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 20th day of November, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA